**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-6845

RICO LATRELL BURNETT,

            Petitioner - Appellant,

      v.

HAROLD W. CLARKE, Director,

            Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Mark S. Davis, District Judge. (2:16-cv-00177-MSD-LRL)

Submitted: November 21, 2017                    Decided: November 27, 2017

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Bernard Hargett, HARGETT LAW, PLC, Glen Allen, Virginia, for Appellant. Robert H. Anderson, III, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rico Latrell Burnett appeals the district court's orders denying his motion pursuant to Fed. R. App. 4(a)(5)(A) for an extension of time to file a notice of appeal from the order denying relief in his 28 U.S.C. § 2254 (2012) petition. We have reviewed the record and find no abuse of discretion by the district court in denying the motion for an extension of time. *See Thompson v. E.I. DuPont de Nemours & Co.*, 76 F.3d 530, 534 (4th Cir. 1996) ("'Excusable neglect' is not easily demonstrated, nor was it meant to be."). We therefore affirm for the reasons stated by the district court, *Burnett v. Clarke*, No. 2:16-cv-00177-MSD-LRL (E.D. Va. June 2, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*